UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2026

ALEXANDER MERKEL,

               Plaintiff,

      -v-

SOUNDCLOUD INC.,

               Defendant.

**ORDER**

26-CV-980 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's Motion for Consolidation and for Appointment of Interim Lead Counsel, ECF No. 7 (the "Motion"). Because Plaintiff did not seek a pre-motion conference pursuant to Rule II(B) of the undersigned's Individual Rules and Practices, and Defendants have not yet appeared in the related cases *Ghanaat v. SoundCloud Inc.*, No. 26-CV-1093; and *Murphy v. SoundCloud Inc.*, No. 26-CV-1169, the Motion is premature and therefore **DENIED** without prejudice. Plaintiff is directed to confer with Defendant regarding the requested relief before seeking a pre-motion conference.

The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 7 as **DENIED**.

**SO ORDERED.**

Dated: February 27, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1