USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/1/2026_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER MERKEL,

                    Plaintiff,

              -v-

SOUNDCLOUD INC.,

                    Defendant.

**ORDER**

26-CV-980 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    A conference was held on April 1, 2026 to address Plaintiffs' letter at ECF No. 16 (the "Letter"). For the reasons articulated in the transcript, the relief sought in the Letter is **GRANTED IN PART AND DENIED IN PART**.

    Plaintiffs' request to consolidate cases is **GRANTED**. The Clerk of Court is directed to consolidate the following cases: (1) *Merkel v. SoundCloud, Inc.*, No. 26-CV-980; (2) *Ghanaat v. SoundCloud, Inc.*, No. 26-CV-1093; and (3) *Murphy v. SoundCloud, Inc.*, No. 26-CV-1169. All future filings shall be on the 26-CV-980 docket. Plaintiffs shall file a consolidated complaint by **May 18, 2026**. Defendant's response to the consolidated complaint shall be filed by **July 2, 2026**.

    Additionally, Plaintiffs' request for appointment of interim lead counsel is **DENIED** without prejudice to being renewed.

**SO ORDERED.**

Dated: April 1, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2